1 | ERIC GRANT
United States Attorney
2 | ARIN C. HEINZ
Assistant United States Attorney
3 | MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
4 | Fresno, California 93721
Telephone: (559) 497-4000

6 | Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 5:25-po-00104-CDB |
|---|---|
| Plaintiff, | [Citation #E2091202, CA14] |
| v. | |
| NATHAN Z. BARNES, | MOTION AND ORDER FOR DISMISSAL |
| Defendant. | |

The United States of America, by and through Eric Grant, United States Attorney, and Arin C. Heinz, Assistant United States Attorney, hereby moves to dismiss Case No. 5:25-po-00104-CDB [Citation #E2091202, CA14] against NATHAN Z. BARNES, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: August 14, 2025                    Respectfully submitted,

                                          ERIC GRANT
                                          United States Attorney

                                    By:   /s/ *Arin C. Heinz*
                                          ARIN C. HEINZ
                                          Assistant United States Attorney

1

# **O R D E R**

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:25-po-00104-CDB [Citation #E2091202, CA14] against NATHAN Z. BARNES, be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **August 14, 2025**            _____
                                        UNITED STATES MAGISTRATE JUDGE