# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>NATHAN BARNES,<br><br>    Defendant. | Case No.  5:25-po-00104-CDB<br><br>CVB Violation E2091202 / CA14<br><br>ORDER TO REFUND OVERPAYMENT<br><br>(Docs. 6, 7) |

    Defendant Nathan Barnes was issued Violation Notice E2091202 with a total collateral due of $180.00. On June 3, 2025, Defendant appeared in court for his initial appearance, pled not guilty, and the case was set for trial.  On August 14, 2025, the Court granted the Government's motion to dismiss the action and the case was closed.  After the case already had been closed, on September 5, 2025, Defendant paid the original fine amount of $150.00.

    Accordingly, the Court ORDERS that a refund be issued to Defendant Nathan Barnes in the total amount of $150.00.

IT IS SO ORDERED.

    Dated: __**September 5, 2025**__

                                                    UNITED STATES MAGISTRATE JUDGE